1
2
3
4
5
6                   UNITED STATES DISTRICT COURT
7
8                        DISTRICT OF NEVADA
                              * * *
9                                    )
PETER M. BOFFELLI, JR., et al.,      )
10                                   )
                                     )
11            Plaintiffs,            )        2:10-CV-01514-PMP-RJJ
                                     )
12   v.                              )
                                     )        <u>ORDER</u>
13   EMC MORTGAGE CORPORATION, et    )
     al.,                            )
14                                   )
              Defendants.            )
15   _____ ___

16

17          Before the Court for consideration is Defendant EMC Mortgage Corporation and

18   Mortgage Electronic Registration Systems, Inc's Motion to Dismiss (Doc. #9) filed April 1,

19   2011.  Plaintiff has failed to file a response to Defendants' motion and therefore consents to

20   its granting.  Additionally, a review of Defendants' motion shows that Defendants are

21   entitled to the relief requested on the merits.

22          **IT IS THEREFORE ORDERED** that Defendant EMC Mortgage Corporation

23   and Mortgage Electronic Registration Systems, Inc's Motion to Dismiss (Doc. #9) is

24   **GRANTED**.

25   DATED: April 25, 2011.

26

27   _____
     PHILIP M. PRO
28   United States District Judge