UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| PETER M. BOFFELLI, JR. and TAMMY L. CULLUM-BOFFELLI,<br><br>Plaintiffs,<br><br>vs.<br><br>EMC MORTGAGE CORPORATION, MORTGAGE ELECTRONIC REGISTRATION SYSTEM, and AMERICAN HOME MORTGAGE,<br><br>Defendants. | 2:10-CV-01514-PMP-RJJ<br><br>**ORDER** |

On June 2, 2011, the Court entered an Order (Doc. #18) approving the Stipulation of the Parties to Stay All of Proceedings for a Period of 60 Days to enable the parties to explore an early resolution of this case. There remains pending before the Court, however, a partially briefed Motion to Dismiss (Doc. #9) filed April 1, 2011 by Defendants' EMC Mortgage Corporation and Mortgage Electronic Registration Systems, Inc. In the interest of managing its docket, the Court finds it appropriate to **DENY** Defendants' Motion to Dismiss (Doc. #9) without prejudice to renewing the same in the event the parties' efforts at early resolution prove unsuccessful.

**IT IS SO ORDERED**.

DATED: June 14, 2011.

_____
PHILIP M. PRO
United States District Judge