UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| PETER M. BOFFELLI, JR. and TAMMY L. CULLUM-BOFFELLI,<br><br>Plaintiffs,<br><br>vs.<br><br>EMC MORTGAGE CORPORATION, *et al.*,<br><br>Defendants. | 2:10-CV-01514-PMP-RJJ<br><br>**ORDER** |

Counsel for the Parties are familiar with the history of this case. On June 2, 2011, the Court entered an Order (Doc. #18) approving the stipulation of the Parties to stay proceedings for a period of sixty (60) days to allow the Parties to explore an early resolution of the action. No filings have been thereafter made by the Parties, and on December 8, 2011, the Court entered an Order (Doc. #20) directing that the Parties show cause in writing not later than December 21, 2011 why this action should not be dismissed. The Parties have failed to respond to the Court's Order. The Court assumes the failure of the Parties to do so is a result of an amicable resolution of this action

**IT IS THEREFORE ORDERED** that this case is hereby **DISMISSED**.

DATED: December 22, 2011.

_____
PHILIP M. PRO
United States District Judge